1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| ARACELI AYALA, | CASE NO. CV 11-07905-MMM(EX) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] PROTECTIVE ORDER ADOPTING PARTIES' JOINT STIPULATION REGARDING CONFIDENTIAL INFORMATION |
| vs. | |
| TOKIO MARINE MANAGEMENT, INC., a corporation, and Does 1 through 10, | Action Removed: September 23, 2011<br>Discovery Cut-Off: January 25, 2013<br>Pretrial Conference: April 22, 2013<br>Trial Date: May 21, 2013 |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 73920199.1                                    [PROPOSED] PROTECTIVE ORDER

1  Having considered the parties' Joint Stipulation Regarding Confidential
2  Information (the "Stipulation"), and upon a finding of good cause, the Court hereby
3  adopts the Stipulation, attached hereto as Exhibit A, as its Protective Order in this
4  action.

6  IT IS SO ORDERED.

7  DATED: 1/23/13

8  HON. ~~MARGARET M. MORROW~~
9  ~~United States District Court Judge~~
   Charles F. Eick
10 United States Magistrate Judge

12 Submitted by:
13 PAUL HASTINGS LLP
   Elena R. Baca
14 Mario C. Ortega

15 By: /s/ Mario C. Ortega
16      MARIO C. ORTEGA