JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI AYALA, | CASE NO. CV 11-07905 MMM (Ex) |
| Plaintiff, | JUDGMENT |
| vs. | |
| TOKIO MARINE MANAGEMENT, INC., a corporation, and Does 1 through 10, | |
| Defendants. | |

On April 30, 2013, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of her complaint; and

2. That the action be, and it hereby is, dismissed.

DATED: April 30, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE